No. D–699. In re Disbarment of Hopkins. Disbarment entered. [For earlier order herein, see 485 U. S. 1002.]

No. D–726. In re Disbarment of Chowaniec. Disbarment entered. [For earlier order herein, see 487 U. S. 1249.]

No. D–727. In re Disbarment of Blumthal. Disbarment entered. [For earlier order herein, see 487 U. S. 1249.]

No. D–740. In re Disbarment of Smith. It is ordered that Russell B. Smith III, of Houston, Tex., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 87–1022. Board of Estimate of City of New York et al. *v.* Morris et al.; and

No. 87–1112. Ponterio *v.* Morris et al. C. A. 2d Cir. [Probable jurisdiction noted, 485 U. S. 986.] Motion of appellant Frank V. Ponterio for divided argument and for additional time for oral argument denied.

No. 87–1437. Blanton et al. *v.* City of North Las Vegas, Nevada. Sup. Ct. Nev. [Certiorari granted, 487 U. S. 1203.] Motion of City of Las Vegas, Nev., for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 87–1614. Martin et al. *v.* Wilks et al.;

No. 87–1639. Personnel Board of Jefferson County, Alabama, et al. *v.* Wilks et al.; and

No. 87–1668. Arrington et al. *v.* Wilks et al. C. A. 11th Cir. [Certiorari granted, 487 U. S. 1204.] Motion of petitioners for leave to file a reply brief out of time granted.